UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

   - against -

GUOCHUN HE, also known as "Dong He" or
  "Jacky He," and
ZHENG WANG, also known as "Zen Wang,"

        Defendants.

– – – – – – – – – – – – – – –X

P R O P O S E D   O R D E R

Docket No. 22 MJ 1137

       Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Meredith A. Arfa, for an order unsealing the above-captioned matter in its entirety.

       IT IS HEREBY ORDERED that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
           October 24, 2022

                                   *Taryn A. Merkl*
                            HONORABLE TARYN A. MERKL
                            UNITED STATES MAGISTRATE JUDGE
                            EASTERN DISTRICT OF NEW YORK